UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>DAILYMOTION, INC.,<br>DAILYMOTION SA<br><br>            Defendants. | C.A. NO.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Uniloc 2017 LLC ("Uniloc"), by and through the undersigned counsel, hereby files this Complaint and makes the following allegations of patent infringement relating to U.S. Patent Nos. 6,519,005, 6,895,118 and 9,721,273 against Dailymotion, Inc. and Dailymotion SA (collectively "Dailymotion") and alleges as follows upon actual knowledge with respect to itself and its own acts and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.      This is an action for patent infringement.  Uniloc alleges that Dailymotion infringes U.S. Patent Nos. 6,519,005 (the "'005 patent"), 6,895,118 (the "'118 patent") and 9,721,273 (the "'273 patent") copies of which are attached hereto as Exhibits A-C (collectively, "the Asserted Patents").

2.      Uniloc alleges that Dailymotion directly infringes the Asserted Patents by making, using, offering for sale, selling and/or importing products and services that: (1) perform a method for motion coding an uncompressed (pixel level) digital video data stream; (2) perform a method of coding a digital image comprising macroblocks in a binary data stream and (3) perform a method for providing content via a computer network and a computer system.  Uniloc seeks damages and other relief for Dailymotion's infringement of the Asserted Patents.

## THE PARTIES

3.      Uniloc 2017 LLC is a Delaware corporation having places of business at 1209

Orange Street, Wilmington, Delaware 19801 and 620 Newport Center Drive, Newport Beach, California 92660.

4.      Uniloc holds all substantial rights, title and interest in and to the Asserted Patents.

5.      Upon information and belief, Defendant Dailymotion, Inc., is Delaware corporation with an office at 50 W 23rd Street, New York, New York.  Dailymotion may be served through its registered agent for service: National Registered Agents, Inc., 111 Eighth Avenue, New York, New York, 10011.

6.      Upon information and belief, Defendant Dailymotion SA is a French limited liability company (société anonyme) with an office at 140 boulevard Malesherbes, 75017 Paris, France.

## JURISDICTION AND VENUE

7.      This action for patent infringement arises under the Patent Laws of the United States, 35 U.S.C. § 1 et. seq.  This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338.

8.      This Court has jurisdiction over Dailymotion Inc. because it is a Delaware corporation.  This Court has jurisdiction over Dailymotion SA because it has established minimum contacts with this forum such that the exercise of jurisdiction over Dailymotion would not offend traditional notions of fair play and substantial justice.  Dailymotion SA, directly and through subsidiaries, intermediaries (including distributors, retailers, franchisees and others), has committed and continues to commit acts of patent infringement in this District, by, among other things, making, using, testing, selling, licensing, importing and/or offering for sale/license products and services that infringe the Asserted Patents.

9.      For Defendant Dailymotion, Inc., venue is proper in this District under 28 U.S.C. § 1400(b) because it is a Delaware corporation.  For Defendant Dailymotion SA, venue is proper in this District under 28 U.S.C. § 1391(d) because it is a foreign corporation and is therefore subject to suit as "aliens" in any district.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,519,005

10.     The allegations of paragraphs 1-9 of this Complaint are incorporated by reference as though fully set forth herein.

11.     The '005 patent, titled "Method of Concurrent Multiple-Mode Motion Estimation For Digital Video," issued on February 11, 2003.  A copy of the '005 patent is attached as Exhibit A.

12.     Pursuant to 35 U.S.C. § 282, the '005 patent is presumed valid.

13.     Invented by Koninklijke Philips Electronics N.V., the inventions of the '005 patent were not well-understood, routine or conventional at the time of the invention.  At the time of invention of the '005 patent, different compression algorithms had been developed for digitally encoding video and audio information (hereinafter referred to generically as "digital video data stream") in order to minimize the bandwidth required to transmit this digital video data stream for a given picture quality.  '005 patent at 1:12-17.  Several multimedia specification committees established and proposed standards for encoding/compressing and decoding/decompressing audio and video information.  The most widely accepted international standards have been proposed by the Moving Pictures Expert Group (MPEG).  *Id*. at 1:17-22  Video coding, such as MPEG coding, involves a number of steps.  In general, in accordance with the MPEG standards, the audio and video data comprising a multimedia data stream (or "bit stream") are encoded/compressed in an intelligent manner using a compression technique generally known as "motion coding."  *Id*. at 1:41-45.  More particularly, rather than transmitting each video frame in its entirety, MPEG uses motion estimation for only those parts of sequential pictures that vary due to motion, where possible.  *Id*. at 1:45-48.  In general, the picture elements or "pixels" of a picture are specified relative to those of a previously transmitted reference or "anchor" picture using differential or "residual" video, as well as so-called "motion vectors" that specify the location of a 16-by-16 array of pixels or "macroblock" within the current picture relative to its original location within the anchor picture.   *Id*. at 1:48-55.  Computation of the motion vector(s) for a given macroblock involves an exhaustive search procedure that is very computationally intensive.  *Id*. at 3:25-39.  It

was desirable at the time of the invention to improve this process. *Id*. at 3:40-67.

14.     The inventive solution of the claimed inventions of the '005 patent provides a system and method for digital video compression, and, more particularly, to a motion estimation method and search engine for a digital video encoder that is simpler, faster, and less expensive than prior art technology, and that permits concurrent motion estimation using multiple prediction modes. *Id*. at 1:6-11.

15.     A person of ordinary skill in the art reading the '005 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in the field of digital video compression. *Id*. Moreover, a person of ordinary skill in the art would understand that the claimed subject matter of the '005 patent presents advancements in the field of digital video compression, and more particularly to a motion estimation method and search engine for a digital video encoder that is simpler, faster, and less expensive than prior art technology, and that permits concurrent motion estimation using multiple prediction modes. *Id.*

16.     In light of the foregoing, a person of ordinary skill in the art would understand that claim 1 of the '005 patent is directed to a method for motion coding an uncompressed digital video data stream, which provides concurrent motion estimation using multiple prediction modes. Moreover, a person of ordinary skill in the art would understand that claim 1 of the '005 patent contains that corresponding inventive concept.

17.     Upon information and belief, Dailymotion makes, uses, offers for sale, and/or sells in the United States and/or imports into the United States products and services such as its H.264 encoders that practice a method for motion coding an uncompressed digital video data stream (collectively the "`005 Accused Infringing Devices").

18.     Upon information and belief, the `005 Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

19.     The `005 Accused Infringing Devices provide a method for motion coding an uncompressed (pixel level) digital video data stream. The `005 Accused Infringing Devices

receive input video streams which are then encoded and/or transcoded using at least the H.264 (AVC1) standard.  The H.264 standard is a widely used video compression format with decoder support on web browsers, TVs and other consumer devices.  Moreover, H.264 uses motion compressor and estimator for motion coding video streams.

20.     The `005 Accused Infringing Devices stream content using HLS format, as shown by the m3u8 manifest sample below.  The top level manifest indicates the codecs used for audio and video encoding.  The video codec used is H.264 (AVC1).  The `005 Accused Infringing Devices also encode using H.264 encoders.

---

### Something New

Dailymotion receives about 150 000 new videos everyday, each of them transcoded into 4 to 8 qualities to provide the best possible streaming experience for our users. You do the math, that's about 20 million transcoding tasks per month; so any optimization you can get in the process is always more than welcome.

---

**Source:** https://medium.com/@gilles.vieira/hardware-assisted-video-transcoding-at-dailymotion-66cd2db448ae

```
#EXTM3U
#EXT-X-STREAM-INF:BANDWIDTH=246440,CODECS="mp4a.40.5,avc1.42000d",RESOLUTION=320x184,NAME="240"
https://proxy-33.sv6.dailymotion.com/sec(RCccA-
e3CFzBAz4mNd9wog5YNrg8twfaM1ljCO3EiCc)/p/video/924/316/420613429_mp4_h264_aac_ld.m3u8#cell=sv6&qos_v
part=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=246440,CODECS="mp4a.40.5,avc1.42000d",RESOLUTION=320x184,NAME="240"
https://proxy-15.sv6.dailymotion.com/sec(RCccA-
e3CFzBAz4mNd9wog5YNrg8twfaM1ljCO3EiCc)/p/video/924/316/420613429_mp4_h264_aac_ld.m3u8#cell=sv6&qos_v
part=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=105040,CODECS="mp4a.40.5,avc1.42000b",RESOLUTION=192x112,NAME="144"
https://proxy-33.sv6.dailymotion.com/sec(KkbKFzlj-
P5ihh5bHSDhOXcJCcRJPk81JwDMZUIE9rI)/p/video/924/316/420613429_mp4_h264_aac_l2.m3u8#cell=sv6&qos_vpar
t=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=105040,CODECS="mp4a.40.5,avc1.42000b",RESOLUTION=192x112,NAME="144"
https://proxy-15.sv6.dailymotion.com/sec(KkbKFzlj-
P5ihh5bHSDhOXcJCcRJPk81JwDMZUIE9rI)/p/video/924/316/420613429_mp4_h264_aac_l2.m3u8#cell=sv6&qos_vpar
t=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=460560,CODECS="mp4a.40.5,avc1.420016",RESOLUTION=512x288,NAME="380"
https://proxy-33.sv6.dailymotion.com/sec(B7NVFPjwIxHDY0m3uT-
uTYr9CtlVlj59J62YzxJVXC8)/p/video/924/316/420613429_mp4_h264_aac.m3u8#cell=sv6&qos_vpart=1&qos_stail
=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=460560,CODECS="mp4a.40.5,avc1.420016",RESOLUTION=512x288,NAME="380"
https://proxy-15.sv6.dailymotion.com/sec(B7NVFPjwIxHDY0m3uT-
uTYr9CtlVlj59J62YzxJVXC8)/p/video/924/316/420613429_mp4_h264_aac.m3u8#cell=sv6&qos_vpart=1&qos_stail
=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=836280,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=640x360,NAME="480"
https://proxy-33.sv6.dailymotion.com/sec(ZVxiMVFs1NjiPxKDku6nMz74qWlAt3ZZie-
fIcYrIjQ)/p/video/924/316/420613429_mp4_h264_aac_hq.m3u8#cell=sv6&qos_vpart=1&qos_stail=1&qos_geosto
re=1
#EXT-X-STREAM-INF:BANDWIDTH=836280,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=640x360,NAME="480"
https://proxy-15.sv6.dailymotion.com/sec(ZVxiMVFs1NjiPxKDku6nMz74qWlAt3ZZie-
fIcYrIjQ)/p/video/924/316/420613429_mp4_h264_aac_hq.m3u8#cell=sv6&qos_vpart=1&qos_stail=1&qos_geosto
re=1
```

**Source:**
https://www.dailymotion.com/video/x6yf7ed.m3u8?sec=Fc9qY8jXZraQhOrrJqEjmJcyVoDJ0H8RVw0RW6RZ2ow2rvs9IJEniGwO45dWp5jBrI0K9Mqk_36ewjxzrwoHjQ



**Source :** https://www.dailymotion.com/video/x6yf7ed

When the first element of a value is a code indicating a codec from
the Advanced Video Coding specification [AVC], specifically one of
the sample entries defined in [AVC-Formats] (such as 'avc1', 'avc2',
'svc1', 'mvc1', and 'mvc2') -- indicating AVC (H.264), Scalable Video
Coding (SVC), or Multiview Video Coding (MVC), the second element
(referred to as 'avcoti' in the formal syntax) is the hexadecimal
representation of the following three bytes in the (subset) sequence
parameter set Network Abstraction Layer (NAL) unit specified in
[AVC]:

(1)  profile_idc,

(2)  the byte containing the constraint_set flags (currently
     constraint_set0_flag through constraint_set5_flag, and the
     reserved_zero_2bits), and

(3)  level_idc.

**Source :** https://tools.ietf.org/html/rfc6381

7

# H.264 Uses Predictive Coding

**0.6      Overview of the design characteristics**

This subclause does not form an integral part of this Recommendation | International Standard.

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image quality. With the exception of the transform bypass mode of operation for lossless coding in the High 4:4:4 Intra, CAVLC 4:4:4 Intra, and High 4:4:4 Predictive profiles, and the I_PCM mode of operation in all profiles, the algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual is then further compressed using a transform to remove spatial correlation inside the transform block before it is quantised, producing an irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes are combined with the quantised transform coefficient information and encoded using either variable length coding or arithmetic coding.

**0.6.1      Predictive coding**

This subclause does not form an integral part of this Recommendation | International Standard.

Because of the conflicting requirements of random access and highly efficient compression, two main coding types are specified. Intra coding is done without reference to other pictures. Intra coding may provide access points to the coded sequence where decoding can begin and continue correctly, but typically also shows only moderate compression efficiency. Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder. In contrast to some other video coding standards, pictures coded using bi-predictive inter prediction may also be used as references for inter coding of other pictures.

The application of the three coding types to pictures in a sequence is flexible, and the order of the decoding process is generally not the same as the order of the source picture capture process in the encoder or the output order from the decoder for display. The choice is left to the encoder and will depend on the requirements of the application. The

decoding order is specified such that the decoding of pictures that use inter-picture prediction follows later in decoding order than other pictures that are referenced in the decoding process.

**Source:** H.264 Standard (03-2010) at pp. 3-4

## H.264 Encoder Block Diagram



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf

21.     The `005 Accused Infringing Devices provide a method for comparing pixels of a first pixel array (e.g., a macroblock) in a picture currently being coded with pixels of a plurality of second pixel arrays in at least one reference picture and concurrently performing motion estimation for each of a plurality of different prediction modes in order to determine which of the prediction modes is an optimum prediction mode.

22.     H.264 uses different motion estimation modes in inter-frame prediction.  These modes are commonly referred to as inter-frame prediction modes, or inter modes.  Each inter mode involves partitioning the current macroblock into a different combination of sub blocks, and selecting the optimum motion vector for the current macroblock based on the partition. The inter-frame prediction modes, or inter modes, can be further categorized by the number and position of the reference frames, as well as the choice of integer pixel, half pixel and quarter pixel values in motion estimation.  The Dailymotion H.264 encoders concurrently perform motion estimation of a macroblock for all inter-modes and select the most optimum prediction mode with least rate distortion cost.



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 30

23.     H.264 provides a hierarchical way to partition a macroblock, with the available partitions shown in the following two figures. An exemplary inter-frame prediction mode, or inter

mode, can be for a macroblock to be partitioned to encompass a 16x8 sub block on the left, and two 8x8 sub blocks on the right.

**Macroblock partitions for inter-frame prediction modes**



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 4

**H.264 provides macroblock partitions for inter-frame prediction modes**



Figure 6-9 – Macroblock partitions, sub-macroblock partitions, macroblock partition scans, and sub-macroblock partition scans

**Source:** H.264 Standard (03-2010) at p. 26

24.     The optimum prediction mode as chosen for the current macroblock is embedded in the compressed bit stream of H.264, as shown in the following two syntaxes.

**Macroblock prediction syntax in H.264**

**7.3.5.1   Macroblock prediction syntax**

| mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 \|\| | | |
|     MbPartPredMode( mb_type, 0 ) == Intra_16x16 ) { | | |
|     if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 ) | | |
|       for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
|         **prev_intra4x4_pred_mode_flag[** luma4x4BlkIdx **]** | 2 | u(1) \| ae(v) |
|         if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
|         **rem_intra4x4_pred_mode[** luma4x4BlkIdx **]** | 2 | u(3) \| ae(v) |
|       } | | |
|     **intra_chroma_pred_mode** | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
|     for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
|       if( ( num_ref_idx_l0_active_minus1 > 0 \|\| | | |
|         mb_field_decoding_flag ) && | | |
|         MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
|       **ref_idx_l0[** mbPartIdx **]** | 2 | te(v) \| ae(v) |
|     for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
|       if( ( num_ref_idx_l1_active_minus1 > 0 \|\| | | |
|         mb_field_decoding_flag ) && | | |
|         MbPartPredMode( mb_type, mbPartIdx ) != Pred_L0 ) | | |
|       **ref_idx_l1[** mbPartIdx **]** | 2 | te(v) \| ae(v) |
|     for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
|       if( MbPartPredMode ( mb_type, mbPartIdx ) != Pred_L1 ) | | |
|         for( compIdx = 0; compIdx < 2; compIdx++) | | |
|           **mvd_l0[** mbPartIdx **][** 0 **][** compIdx **]** | 2 | se(v) \| ae(v) |
|     for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++) | | |
|       if( MbPartPredMode( mb_type, mbPartIdx ) != Pred_L0 ) | | |
|         for( compIdx = 0; compIdx < 2; compIdx++) | | |
|           **mvd_l1[** mbPartIdx **][** 0 **][** compIdx **]** | 2 | se(v) \| ae(v) |
|     } | | |
| } | | |

**Source:** H.264 Standard (03-2010) at p. 57

## Sub-macroblock prediction syntax in H.264

### 7.3.5.2    Sub-macroblock prediction syntax

| | C | Descriptor |
|---|---|---|
| sub_mb_pred( mb_type ) { | | |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| **sub_mb_type**[ mbPartIdx ] | 2 | ue(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( ( num_ref_idx_l0_active_minus1 > 0 \|\| mb_field_decoding_flag ) && | | |
| mb_type != P_8x8ref0 && | | |
| sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && | | |
| SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L1 ) | | |
| **ref_idx_l0**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( ( num_ref_idx_l1_active_minus1 > 0 \|\| mb_field_decoding_flag ) && | | |
| sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && | | |
| SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L0 ) | | |
| **ref_idx_l1**[ mbPartIdx ] | 2 | te(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && | | |
| SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L1 ) | | |
| for( subMbPartIdx = 0; | | |
| subMbPartIdx < NumSubMbPart( sub_mb_type[ mbPartIdx ] ); | | |
| subMbPartIdx++) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l0**[ mbPartIdx ][ subMbPartIdx ][ compIdx ] | 2 | se(v) \| ae(v) |
| for( mbPartIdx = 0; mbPartIdx < 4; mbPartIdx++ ) | | |
| if( sub_mb_type[ mbPartIdx ] != B_Direct_8x8 && | | |
| SubMbPredMode( sub_mb_type[ mbPartIdx ] ) != Pred_L0 ) | | |
| for( subMbPartIdx = 0; | | |
| subMbPartIdx < NumSubMbPart( sub_mb_type[ mbPartIdx ] ); | | |
| subMbPartIdx++) | | |
| for( compIdx = 0; compIdx < 2; compIdx++ ) | | |
| **mvd_l1**[ mbPartIdx ][ subMbPartIdx ][ compIdx ] | 2 | se(v) \| ae(v) |
| } | | |

**Source:** H.264 Standard (03-2010) at p. 58

25.     The `005 Accused Infringing Devices provide a method for determining which of the second pixel arrays (e.g., macroblock) constitutes a best match with respect to the first pixel array (e.g., macroblock) for the optimum prediction mode.



Fig. 2.4: Motion estimation. For each MB the best matching block in the reference frame is found. The encoder codes the differences (errors) between the MBs and their best matching blocks. Arrows indicate motion vectors and are labeled by the vector coordinates. In this example the shapes are identical but their colors are slightly larger/darker.

**Source:** B. Juurlink et al., Scalable Parallel Programming Applied to H.264, Chapter 2: Understanding the Application: An Overview of the H.264 Standard, p. 12

26.     For example, the encoder performs mode decision to select the most optimum prediction mode with least rate distortion cost.

## Macroblock layer semantics

The following semantics are assigned to the macroblock types in Table 7-13:

– P_L0_16x16: the samples of the macroblock are predicted with one luma macroblock partition of size 16x16 luma samples and associated chroma samples.

– P_L0_L0_MxN, with MxN being replaced by 16x8 or 8x16: the samples of the macroblock are predicted using two luma partitions of size MxN equal to 16x8, or two luma partitions of size MxN equal to 8x16, and associated chroma samples, respectively.

– P_8x8: for each sub-macroblock an additional syntax element (sub_mb_type[ mbPartIdx ] with mbPartIdx being the macroblock partition index for the corresponding sub-macroblock) is present in the bitstream that specifies the type of the corresponding sub-macroblock (see subclause 7.4.5.2).

– P_8x8ref0: has the same semantics as P_8x8 but no syntax element for the reference index (ref_idx_l0[ mbPartIdx ] with mbPartIdx = 0..3) is present in the bitstream and ref_idx_l0[ mbPartIdx ] shall be inferred to be equal to 0 for all sub-macroblocks of the macroblock (with indices mbPartIdx = 0..3).

– P_Skip: no further data is present for the macroblock in the bitstream.

**Source:** H.264 Standard (03-2010), p. 100

**Mode Decision**



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 30

27.      The `005 Accused Infringing Devices provide a method for generating a motion vector for the first pixel array in response to the determining step.  The encoder calculates the appropriate motion vectors and other data elements represented in the video data stream.



Fig. 2.4: Motion estimation. For each MB the best matching block in the reference frame is found. The encoder codes the differences (errors) between the MBs and their best matching blocks. Arrows indicate motion vectors and are labeled by the vector coordinates. In this example the shapes are identical but their colors are slightly larger/darker.

**Source:** B. Juurlink et al., Scalable Parallel Programming Applied to H.264, Chapter 2: Understanding the Application: An Overview of the H.264 Standard, p. 12

**Motion Vector Derivation is described below**

1.  The derivation process for motion vector components and reference indices as specified in subclause 8.4.1 is invoked.

Inputs to this process are:

–   a macroblock partition mbPartIdx,

–   a sub-macroblock partition subMbPartIdx.

Outputs of this process are:

–   luma motion vectors mvL0 and mvL1 and when ChromaArrayType is not equal to 0, the chroma motion vectors mvCL0 and mvCL1

–   reference indices refIdxL0 and refIdxL1

–   prediction list utilization flags predFlagL0 and predFlagL1

–   the sub-macroblock partition motion vector count subMvCnt.

**Source:** H.264 Standard (03-2010), p. 151

### H.264 Encoder Block Diagram



**Source:** https://courses.cs.washington.edu/courses/csep590a/07au/lectures/rahullarge.pdf, p. 2

28.   Dailymotion has infringed, and continues to infringe, at least claim 1 of the '005 patent in the United States, by making, using, offering for sale, selling and/or importing the `005 Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

29.   Upon information and belief, Dailymotion may have infringed and continues to

infringe the '005 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the `005 Accused Infringing Devices.

30.     Dailymotion's acts of direct infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Dailymotion's wrongful acts in an amount subject to proof at trial.

## COUNT II– INFRINGEMENT OF U.S. PATENT NO. 6,895,118

31.     The allegations of paragraphs 1-9 of this Complaint are incorporated by reference as though fully set forth herein.

32.     The '118 patent, titled "Method Of Coding Digital Image Based on Error Concealment," issued on May 17, 2005.  A copy of the '118 patent is attached as Exhibit B.

33.     Pursuant to 35 U.S.C. § 282, the '118 patent is presumed valid.

34.     Invented by Koninklijke Philips Electronics N.V., the inventions of the '118 patent were not well-understood, routine or conventional at the time of the invention.  The specification discloses previous work done to reduce the amount data required to send a video stream by intentionally dropping certain image blocks, and then concealing the lost blocks through the use of spatial interpolation. '118 patent at 1:14-32.  The publication referenced in the specification describes how a JPEG coder can be modified to intentionally drop image blocks that can be reasonably reconstructed from neighboring transmitted blocks.  The schemes described therein achieved data reduction by replacing dropped blocks with constant value blocks, or by modifying block addressing information to communicate the addresses of the dropped blocks.  *Id.* at 1:21-32.

35.     The inventors observed that block information could be dropped altogether, simulating lost data in the video stream, but for the synchronization issues such data dropping can cause at the decoder.  MPEG-4, a more modern coding standard than JPEG or MPEG-1, contained a new mechanism to recover from lost data through periodically inserted resynchronization markers.  *Id.* at 1:35-42.  One aspect of the invention was to selectively combine block dropping with resynchronization markers to enable more efficient compression.  The inventors include a step in their invention to evaluate the potential data savings of dropping a

block or blocks relative to the overhead of the resynchronization markers.  *Id.* At 2:11-27.  In addition to spatial reconstruction of dropped blocks, the inventors furthermore incorporated the additional mechanism of temporal interpolation to support reconstruction of dropped blocks, using motion vector information from neighboring blocks.  *Id.* at 3:19-28.

36.     A person of ordinary skill in the art reading the '118 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in achieving more efficient video compression.  Moreover, a person of ordinary skill in the art would understand that the claimed subject matter of the '118 patent presents advancements in the field of digital image coding.  And, as detailed by the specification, the prior tools for reducing compressed video data rates was such that a new and novel approach was required.

37.     In light of the foregoing, a person of ordinary skill in the art would understand that claim 1 of the '118 patent is directed to a method of coding a digital image comprising macroblocks in a binary data stream.  *Id.* at 8:2-3.  Moreover, a person of ordinary skill in the art would understand that claim 1 of the '118 patent contains the inventive concept of (1) an estimation step, for macroblocks, of a capacity to be reconstructed via an error concealment method, (2) a decision step for macroblocks to be excluded from the coding, a decision to exclude a macroblock from coding being made on the basis of the capacity of such macroblock to be reconstructed, and (3) a step of inserting a resynchronization marker into the binary data stream after the exclusion of one or more macroblocks.  *Id.* at 8:4-12.

38.     Upon information and belief, Dailymotion makes, uses, offers for sale, and/or sells in the United States and/or imports into the United States products and services such as H.264 encoders that practice a method for coding a digital image comprising macroblocks in a binary data stream (collectively the "`118 Accused Infringing Devices").

39.     Upon information and belief, the `118 Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

40.     The `118 Accused Infringing Devices use H.264 (AVC) streams for coding video

data (digital images) including macroblocks embedded in a binary stream.

41.     H.264 is a widely used video compression format with decoder support on web browsers, TVs and other consumer devices. Moreover, H.264 codes digital images comprising macroblocks streams.

42.     The `118 Accused Infringing Devices stream content using the HLS format, as shown by the m3u8 (manifest) sample below.  The manifest file includes references to the video codec: AVC1 (H.264).  The AVC1 designator is the IETF identifier for H.264.  The binary (byte stream) format is specified in Annex B of the H.264 specification.  The `118 Accused Infringing Devices also encode using H.264 encoders.

## Something New

Dailymotion receives about 150 000 new videos everyday, each of them transcoded into 4 to 8 qualities to provide the best possible streaming experience for our users. You do the math, that's about 20 million transcoding tasks per month; so any optimization you can get in the process is always more than welcome.

**Source:** https://medium.com/@gilles.vieira/hardware-assisted-video-transcoding-at-dailymotion-66cd2db448ae



**Source :** https://www.dailymotion.com/video/x6yf7ed

```
#EXTM3U
#EXT-X-STREAM-INF:BANDWIDTH=246440,CODECS="mp4a.40.5,avc1.42000d",RESOLUTION=320x184,NAME="240"
https://proxy-33.sv6.dailymotion.com/sec(RCccA-
e3CFzBAz4mNd9wog5YNrg8twfaM11jCO3EiCc)/p/video/924/316/420613429_mp4_h264_aac_ld.m3u8#cell=sv6&qos_v
part=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=246440,CODECS="mp4a.40.5,avc1.42000d",RESOLUTION=320x184,NAME="240"
https://proxy-15.sv6.dailymotion.com/sec(RCccA-
e3CFzBAz4mNd9wog5YNrg8twfaM11jCO3EiCc)/p/video/924/316/420613429_mp4_h264_aac_ld.m3u8#cell=sv6&qos_v
part=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=105040,CODECS="mp4a.40.5,avc1.42000b",RESOLUTION=192x112,NAME="144"
https://proxy-33.sv6.dailymotion.com/sec(KkbKFzlj-
P5ihh5bHSDhOXcJCcRJPk81JwDMZUIE9rI)/p/video/924/316/420613429_mp4_h264_aac_l2.m3u8#cell=sv6&qos_vpar
t=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=105040,CODECS="mp4a.40.5,avc1.42000b",RESOLUTION=192x112,NAME="144"
https://proxy-15.sv6.dailymotion.com/sec(KkbKFzlj-
P5ihh5bHSDhOXcJCcRJPk81JwDMZUIE9rI)/p/video/924/316/420613429_mp4_h264_aac_l2.m3u8#cell=sv6&qos_vpar
t=1&qos_stail=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=460560,CODECS="mp4a.40.5,avc1.420016",RESOLUTION=512x288,NAME="380"
https://proxy-33.sv6.dailymotion.com/sec(B7NVFPjwIxHDY0m3uT-
uTYr9CtlVlj59J62YzxJVXC8)/p/video/924/316/420613429_mp4_h264_aac.m3u8#cell=sv6&qos_vpart=1&qos_stail
=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=460560,CODECS="mp4a.40.5,avc1.420016",RESOLUTION=512x288,NAME="380"
https://proxy-15.sv6.dailymotion.com/sec(B7NVFPjwIxHDY0m3uT-
uTYr9CtlVlj59J62YzxJVXC8)/p/video/924/316/420613429_mp4_h264_aac.m3u8#cell=sv6&qos_vpart=1&qos_stail
=1&qos_geostore=1
#EXT-X-STREAM-INF:BANDWIDTH=836280,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=640x360,NAME="480"
https://proxy-33.sv6.dailymotion.com/sec(ZVxiMVFs1NjiPxKDku6nMz74qWlAt3ZZie-
fIcYrIjQ)/p/video/924/316/420613429_mp4_h264_aac_hq.m3u8#cell=sv6&qos_vpart=1&qos_stail=1&qos_geosto
re=1
#EXT-X-STREAM-INF:BANDWIDTH=836280,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=640x360,NAME="480"
https://proxy-15.sv6.dailymotion.com/sec(ZVxiMVFs1NjiPxKDku6nMz74qWlAt3ZZie-
fIcYrIjQ)/p/video/924/316/420613429_mp4_h264_aac_hq.m3u8#cell=sv6&qos_vpart=1&qos_stail=1&qos_geosto
re=1
```

**Source:**

https://www.dailymotion.com/video/x6yf7ed.m3u8?sec=Fc9qY8jXZraQhOrrJqEjmJcyVoDJ0H8
RVw0RW6RZ2ow2rvs9IJEniGwO45dWp5jBrI0K9Mqk_36ewjxzrwoHjQ

```
When the first element of a value is a code indicating a codec from
the Advanced Video Coding specification [AVC], specifically one of
the sample entries defined in [AVC-Formats] (such as 'avc1', 'avc2',
'svc1', 'mvc1', and 'mvc2') -- indicating AVC (H.264), Scalable Video
Coding (SVC), or Multiview Video Coding (MVC), the second element
(referred to as 'avcoti' in the formal syntax) is the hexadecimal
representation of the following three bytes in the (subset) sequence
parameter set Network Abstraction Layer (NAL) unit specified in
[AVC]:

(1)  profile_idc,

(2)  the byte containing the constraint_set flags (currently
     constraint_set0_flag through constraint_set5_flag, and the
     reserved_zero_2bits), and

(3)  level_idc.
```

**Source :** https://tools.ietf.org/html/rfc6381

This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communication. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels.

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en , p. i

As in previous video coding Recommendations and International Standards, a macroblock, consisting of a 16x16 block of luma samples and two corresponding blocks of chroma samples, is used as the basic processing unit of the video decoding process.

A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity

**Source:** https://www.itu.int/rec/T-REC-H.264-201704-I/en, section 0.6.3

## Annex B

### Byte stream format

(This annex forms an integral part of this Recommendation | International Standard.)

This annex specifies syntax and semantics of a byte stream format specified for use by applications that deliver some or all of the NAL unit stream as an ordered stream of bytes or bits within which the locations of NAL unit boundaries need to be identifiable from patterns in the data, such as Rec. ITU-T H.222.0 | ISO/IEC 13818-1 systems or Rec. ITU-T H.320 systems. For bit-oriented delivery, the bit order for the byte stream format is specified to start with the MSB of the first byte, proceed to the LSB of the first byte, followed by the MSB of the second byte, etc.

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en, Annex B

43.     The `118 Accused Infringing Devices' H.264 coding supports skipped macroblocks. Before a macroblock is coded, an estimation is made of whether that macroblock can be reconstructed with an error concealment method by examining its motion characteristics, and checking to see that the resulting prediction contains no non-zero (i.e. all zero) quantized transform coefficients. This estimation provides an indication of the capacity for the macroblock to be reconstructed from properties of neighboring macroblocks, allowing the missing block to be concealed by inferring its properties.

Skipped Mode:
In addition to the macroblock modes described above, a P-slice macroblock can also be coded in the so-called skip mode. If a macroblock has motion characteristics that allow its motion to be effectively predicted from the motion of neighboring macroblocks, and it contains no non-zero quantized transform coefficients, then it is flagged as skipped. For this mode, neither a quantized prediction error signal nor a motion vector or reference index parameter are transmitted. The reconstructed signal is computed in a manner similar to the prediction of a macroblock with partition size 16 × 16 and fixed reference picture index equal to 0. In contrast to previous video coding standards, the motion vector used for reconstructing a skipped macroblock is inferred from motion properties of neighboring macroblocks rather than being inferred as zero (i.e., no motion).

**Source:** http://mrutyunjayahiremath.blogspot.com/2010/09/h264-inter-predn.html

44.     The `118 Accused Infringing Devices' H.264 encoders perform a decision step to determine if a macroblock should be excluded from coding (skipped), with the decision to exclude made on the basis of its capacity to be reconstructing by inferring its motion properties from neighboring macroblocks, and based on all zero quantized transform coefficients.

Skipped Mode:
In addition to the macroblock modes described above, a P-slice macroblock can also be coded in the so-called skip mode. If a macroblock has motion characteristics that allow its motion to be effectively predicted from the motion of neighboring macroblocks, and it contains no non-zero quantized transform coefficients, then it is flagged as skipped. For this mode, neither a quantized prediction error signal nor a motion vector or reference index parameter are transmitted. The reconstructed signal is computed in a manner similar to the prediction of a macroblock with partition size 16 × 16 and fixed reference picture index equal to 0. In contrast to previous video coding standards, the motion vector used for reconstructing a skipped macroblock is inferred from motion properties of neighboring macroblocks rather than being inferred as zero (i.e., no motion).

**Source:** http://mrutyunjayahiremath.blogspot.com/2010/09/h264-inter-predn.html

| 3.139 | **skipped macroblock**: A *macroblock* for which no data is coded other than an indication that the *macroblock* is to be decoded as "skipped". This indication may be common to several *macroblocks*. |
|---|---|

**Source**: https://www.itu.int/rec/T-REC-H.264-201704-I/en, p. 13

45.     Skipped macroblocks are communicated with an mb_skip_flag = 1 (resynchronization marker at the point where the macroblocks are not coded (skipped)) in the binary data stream.

| 3.139 | **skipped macroblock**: A *macroblock* for which no data is coded other than an indication that the *macroblock* is to be decoded as "skipped". This indication may be common to several *macroblocks*. |

**Source:** https://www.itu.int/rec/T-REC-H.264-201704-I/en, p. 13



**Source:** https://www.oreilly.com/library/view/the-h264-advanced/9780470516928/ch05.html#macroblock_layer

| **mb_skip_flag** equal to 1 specifies that for the current macroblock, when decoding a P or SP slice, mb_type shall be inferred to be P_Skip and the macroblock type is collectively referred to as P macroblock type, or for which, when decoding a B slice, mb_type shall be inferred to be B_Skip and the macroblock type is collectively referred to as B macroblock type. mb_skip_flag equal to 0 specifies that the current macroblock is not skipped. |

**Source:** https://www.itu.int/rec/T-REC-H.264-201704-I/en, p. 96

46.     Dailymotion has infringed, and continues to infringe, at least claim 1 of the '118 patent in the United States, by making, using, offering for sale, selling and/or importing the `118 Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

47.     Upon information and belief, Dailymotion may have infringed and continues to infringe the '118 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the `118 Accused Infringing Devices.

48.     Dailymotion's acts of direct infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Dailymotion's wrongful acts in an amount subject to proof at trial.

**COUNT III– INFRINGEMENT OF U.S. PATENT NO. 9,721,273**

49.     The allegations of paragraphs 1-9 of this Complaint are incorporated by reference as though fully set forth herein.

50.     The '273 patent, titled "System and Method For Aggregating And Providing Audio And Visual Presentations Via A Computer Network," issued on August 1, 2017.  A copy of the '273 patent is attached as Exhibit C.

51.     Pursuant to 35 U.S.C. § 282, the '273 patent is presumed valid.

52.     Invented by LINQware, Inc., the inventions of the '273 patent were not well-understood, routine or conventional at the time of the invention.  At the time of invention of the '273 patent, it was very difficult for a user of an Internet enabled computer to find content of a particular type and relating to a particular subject because the amount of content available via the Internet was virtually unlimited.  '273 patent at 1:51-55.  A popular solution to finding desired content was to use a publicly available search engine.  *Id.* at 1:56-57.  Each search engine typically used its own methodology to create indices such that, ideally, only meaningful results are returned for each query.  *Id.* at 1:63-65.  This was not always true though due to the complex nature and nuances of human language and efforts by document authors or providers to fool or trick the indexer into ranking its documents above those of others.  *Id.* at 1:65-2:2.  Examples of conventional search engines include those made available via www.yahoo.com, www.google.com and www.search.com.  *Id.* at 2:2-4.

53.     The inventive solution of the claimed inventions of the '273 patent provides a new and novel system and method of using the Internet.  *Id.* at 2:6-8.  In accordance with one aspect of the invention, the specification discloses a method for aggregating and providing content via a computer network and computing system which includes the steps of storing data associated with a first plurality of presentations and storing data indicative of the first plurality of presentations so as to be associated with the stored data associated with the first plurality of presentations using the computer system.  *Id.* at 2:39-45.  The method also includes the step of storing data associated with a plurality of feeds using the computer system, wherein each of the feeds provides a

corresponding second plurality of presentations being accessible via the computer network, and no data indicative of the second plurality of presentations is stored using the computing system. *Id.* at 2:45-50.  The method also includes the step of automatically and periodically accessing each of the feeds to identify each of the provided second plurality of presentations and aggregating each of the first and identified second pluralities of presentations for delivery via the computer network using a common web page.  *Id.* at 2:50-55.

54.     A person of ordinary skill in the art reading the '273 patent and its claims would understand that the patent's disclosure and claims are drawn to solving a specific, technical problem arising in aggregating and providing audio and visual presentations via a computer network.  Moreover, a person of ordinary skill in the art would understand that the claimed subject matter of the '273 patent presents advancements in the field of the provision of informational, entertainment, educational, business and other audio and/or audio/visual presentations via a computer network.  And, as detailed by the specification, the prior search engines suffered drawbacks such that a new and novel communications system was required.

55.     In light of the foregoing, a person of ordinary skill in the art would understand that claim 1 of the '273 patent is directed to creating a common web page from aggregating collections of presentations and feed data is collected and analyzed from multiple feeds in at least one of the collections of presentations in order to provide more relevant content to each user.  *Id.* at 12:39-59.  Moreover, a person of ordinary skill in the art would understand that claim 1 of the '273 patent contains the inventive concept of creating a common web page from the aggregating of collections of presentations and collecting and analyzing feed data from multiple feeds in at least one of the collections of presentations in order to provide more relevant content to each user. *Id*.  This is a specific improvement to the technology of delivering content to Internet users.

56.     Upon information and belief, Dailymotion makes, uses, offers for sale, and/or sells in the United States and/or imports into the United States products and services that practice a method for providing content via a computer network and a computer system (collectively the "'273 Accused Infringing Devices").

57.    Upon information and belief, the `273 Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

58.    The `273 Accused Infringing Devices perform a method for providing content via a computer network and computer system.  For example, Dailymotion operates a streaming service that delivers TV shows and movies to subscribers over the Internet.

> "Dailymotion is an original, free video hosting website that enables users to access, view, upload, store and share videos. The Dailymotion Service is made up of the Dailymotion website, the Dailymotion video player that is embeddable onto any website, the Dailymotion apps and web-apps as accessible via any current or future device capable of distributing the Dailymotion website and/or the video player, and more generally any Dailymotion products, content, channels, software, data feeds, services and functionality ("Dailymotion Service")."

**Source:** https://www.dailymotion.com/legal

59.    The `273 Accused Infringing Devices store presentation data that represents content of a first collection of one or more presentations using the computer system.  For example, the `273 Accused Infringing Devices identify and store presentation data representing content of a collection of Recommended Videos using the computer system.



60.    The `273 Accused Infringing Devices store data indicative of the first collection of presentations so as to be associated with the presentation data.  For example, the `273 Accused Infringing Devices store data such as the title and associated feed for each presentation, as well as user preferences that caused the presentation to be recommended to the user.

61.    The `273 Accused Infringing Devices store feed data that represents a collection of

one or more feeds using the computer system.  For example, the `273 Accused Infringing Devices

provide "channels" that users may "follow."





62.  As shown in the Developer Tools capture of Javascript running on the Dailymotion

website, the `273 Accused Infringing Devices allow users to generate feeds:  "The more you

watch, like and follow, the more personalized your feed becomes."

```
"dsk.container.feed.feedFollow.selectYourFavorite": "Pick your favorites",
"dsk.container.feed.feedFollow.createYourOwnSpace": "Follow Channels and start getting content just for you.",
"dsk.container.feed.feedFollow.theMoreYouFollow": "The more you watch, like and follow,  the more personalized your feed becomes.",
"dsk.container.feed.GenerateMyFeed.enjoy": "Create your account",
"dsk.container.feed.GenerateMyFeed.description": "Follow what you love. The more you explore, the more personalized your feed becomes.",
"dsk.container.feed.GenerateMyFeed.generate": "Ready!",
```

63.  Each of the feeds identifies a corresponding second collection of one or more

presentations being accessible via the computer network, and includes no data representing the

content of the second collection of presentations.  The feed data includes the identifier associated with the presentations, but not the content of the presentations.  Each video appears to be associated with a seven digit alphanumeric identifier, such as "x6z5sb7" for the news clip about the Trump Foundation, shown below.



**Source:** https://www.dailymotion.com/video/x6z5sb7

64.     The `273 Accused Infringing Devices automatically and periodically access each of the feeds to identify each of the corresponding second collection of presentations using the computer system.  Upon information and belief, the `273 Accused Infringing Devices determine automatically and periodically whether a channel owner has added a video to their channel and updates the channel display accordingly.  The `273 Accused Infringing Devices also periodically update recommendations on the "For You" page based on user preferences.

65.     The `273 Accused Infringing Devices store data associated with a third collection of one or more presentations.  For example, the third collection may include presentations associated with a recommended channel that the user has not yet followed, such as "Seventeen." The `273 Accused Infringing Devices store data associated with all channels.



66.    The `273 Accused Infringing Devices aggregate the first, second and third collections of presentations for delivery via the computer network using a common web page. For example, the dailymotion.com "For You" page includes rows corresponding to the first, second and third collections of presentations.





67.     Dailymotion has infringed, and continues to infringe, at least claim 1 of the '273 patent in the United States, by making, using, offering for sale, selling and/or importing the `273 Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

68.     Upon information and belief, Dailymotion may have infringed and continues to infringe the '273 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the `273 Accused Infringing Devices.

69.     Dailymotion's acts of direct infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Dailymotion's wrongful acts in an amount subject to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Uniloc 2017 LLC respectfully prays that the Court enter judgment in its favor and against Dailymotion as follows:

a.     A judgment that Dailymotion has infringed one or more claims of the '005 Patent literally and/or under the doctrine of equivalents;

b.     A judgment that Dailymotion has infringed one or more claims of the '118 Patent literally and/or under the doctrine of equivalents;

c.     A judgment that Dailymotion has infringed one or more claims of the '273 Patent literally and/or under the doctrine of equivalents;

d.     That for each Asserted Patent this Court judges infringed by Dailymotion this Court award Uniloc its damages pursuant to 35 U.S.C. § 284 and any royalties determined to be appropriate;

e.      That this be determined to be an exceptional case under 35 U.S.C. § 285;

f.      That this Court award Uniloc prejudgment and post-judgment interest on its damages;

g.      That Uniloc be granted its reasonable attorneys' fees in this action;

h.      That this Court award Uniloc its costs; and

i.      That this Court award Uniloc such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Uniloc hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

DATED: January 30, 2019                    Respectfully submitted,

OF COUNSEL:                                **FARNAN LLP**

M. Elizabeth Day                           /s/ Michael J. Farnan
David Alberti                              Brian E. Farnan (Bar No. 4089)
Sal Lim                                    Michael J. Farnan (Bar No. 5165)
Marc Belloli                               919 North Market Street, 12th Floor
**FEINBERG DAY ALBERTI LIM &**             Wilmington, DE 19801
**BELLOLI LLP**                            phone 302-777-0300
1600 El Camino Real, Suite 280             fax 302-777-0301
Menlo Park, CA 94025                       bfarnan@farnanlaw.com
Tel:  650.618.4360                         mfarnan@farnanlaw.com
Fax:  650.618.4368
eday@feinday.com
dalberti@feinday.com
slim@feinday.com                           *Attorneys for*
mbelloli@feinday.com                       Uniloc 2017 LLC