# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAILYMOTION, INC. AND DAILYMOTION SA,<br><br>　　　　Defendants. | C.A. No. 19-181-CFC |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Uniloc 2017 LLC hereby dismisses this action without prejudice.

DATED: May 9, 2019

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
phone 302-777-0300
fax 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

M. Elizabeth Day (admitted *pro hac vice*)
David Alberti (admitted *pro hac vice*)
Sal Lim (admitted *pro hac vice*)
Marc Belloli (admitted *pro hac vice*)
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368
eday@feinday.com
dalberti@feinday.com
slim@feinday.com

mbelloli@feinday.com

*Attorneys for*
Uniloc 2017 LLC